

# EQUIFAX

**Equifax Credit Report ™ for Albert C. Ceccone**

As of: 01/25/2011.
Available until: 02/24/2011
Confirmation #: 1525918905

Report Does Not Update

⚠ **Important.** Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.



Plf's Initial Disclosures 000022

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

## Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

You have **no Collections** on file

🔼 Back to Top

## Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

You have no Bankruptcies on file.

You have no Judgments on file.

Tax Lien ?

| | |
|---|---|
| Date Filed: | 10/2007 |
| Case Number: | 2007136484 |
| Court Number/Name: | |
| Court Address: | 6TH & D ST NW<br>WASHINGTON, DC 20004 |
| Amount: | $408 |
| Class: | State |
| Date Reported: | N/A |
| Lien Status: | |
| Date Released: | |

Tax Lien ?

Date Verified:

Comments: