UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ALBERT C. CECCONE,**
*For himself and on behalf of all*
*Similarly situated individuals,*

      **Plaintiff,**

v.                                              Civil Action No: 1:13-cv-01314-KBJ

**EQUIFAX INFORMATION SERVICES,**
**LLC.**

      **Defendant.**

## MOTION TO FOR ADMISSION *PRO HAC VICE* OF ZACHARY MCENTYRE

Pursuant to Local Civil Rule 83.2(d), Equifax Information Services, LLC ("Equifax") respectfully moves for the admission and appearance of attorney Zachary McEntyre *pro hac vice* in the above-captioned lawsuit. As set forth more fully in the Declaration of Zachary McEntyre, attached hereto, Mr. McEntyre is an attorney at law and counsel in the law firm of King & Spalding LLP, who is licensed to practice law in the State of Georgia. Mr. McEntyre is also admitted to practice before the Supreme Court of Georgia, Georgia Court of Appeals, USDC Northern District of Georgia, USDC Northern District of Florida, USCA for the Fourth Circuit, USCA for the Fifth Circuit, USCA for the Seventh Circuit, and USCA for the Eleventh Circuit. Mr. McEntyre has never been disciplined by any bar. Mr. McEntyre has not been admitted pro hac vice in this Court within the last two years. Mr. McEntyre does not regularly engage in the practice of law from an office located in the District of Columbia. This motion is sponsored and signed by Brian R. Meiners, an active member of the Bar of this Court.

Respectfully submitted this 17th day of August, 2015.

                              KING & SPALDING

                              By:  _/s/ Brian Meiners_____

                              Brian R. Meiners (D.C. Bar No. 482039)
                              1700 Pennsylvania Avenue, NW
                              Suite 200
                              Washington, DC 20006-4707
                              Telephone:  202 737-0500
                              Facsimile:  202 626-3737
                              bmeiners@kslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2015, I served the foregoing *via* electronic mail to the following:

Kristi C. Kelly, Esq.
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com

Matthew J. Erausquin, *Pro Hac Vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
(703) 273-7770 – Telephone
(888) 892-3512 – Facsimile
Email: matt@clalegal.com

Leonard A. Bennett, *Pro Hac Vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

                                                 By:  _/s/ Brian Meiners_____
                                                    Brian R. Meiners
                                                    Counsel for EQUIFAX
                                                    INFORMATION SERVICES LLC