UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALBERT C. CECCONE,
*For himself and on behalf of all*
*Similarly situated individuals,*

       Plaintiff,

v.                                              Civil Action No: 1:13-cv-01314-KBJ

EQUIFAX INFORMATION SERVICES, LLC,

       Defendant.

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

During the Court's March 7, 2016 status conference, it instructed the parties to finalize documents memorializing the class action settlement in this case and to submit those documents to the Court, along with Plaintiff's motion for preliminary approval. The parties have diligently worked to finalize the documents, but require until Monday, March 21, 2016, to complete their work and file the papers with the Court. Accordingly, Equifax respectfully requests (with the express consent of Plaintiff) that the Court enlarge the time to submit the settlement papers, along with Plaintiff's Motion for Preliminary Approval, to Monday, March 21, 2016.

Respectfully submitted this 22nd day of May, 2015.

/s/ *J. Anthony Love*
Zachary A. McEntyre*
J. Anthony Love*
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone:  404 572-4600
Facsimile:  404 572-5100
zmcentyre@kslaw.com
tlove@kslaw.com
*Admitted Pro Hac Vice*


Brian R. Meiners (D.C. Bar No. 482039)
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707
Telephone:  202 737-0500
Facsimile:  202 626-3737
bmeiners@kslaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2016, I served the foregoing via the CM-ECF system to all counsel of record.

                                            By: /s/ *J. Anthony Love*
                                                 Counsel for Equifax
                                                 Information Services LLC