UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALBERT C. CECCONE, *for himself and on behalf of other similarly situated individuals*

       Plaintiff,                                Civil Action No. 1:13-cv-1314

       v.

EQUIFAX INFORMATION SERVICES, LLC

       Defendant.

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff, Albert C. Ceccone ("Plaintiff"), on behalf of himself and all others similarly situated, and Equifax Information Services, LLC ("Defendant")(collectively the "Parties") entered into a Class Action Settlement Agreement and Release ("Settlement Agreement" or "Agreement") attached to the accompanying Memorandum in Support as Ex. 1. Pursuant to Fed. R. Civ. P. 23, the Parties hereby move the Court for Preliminary Approval of the Class Action Settlement Agreement. For the reasons supplied in the accompanying Memorandum in Support, the Parties respectfully request that the court enter a Preliminary Approval Order:

(1) preliminarily approving a proposed class settlement,

(2) scheduling a fairness hearing,

(3) certifying the proposed settlement class for purposes of the proposed class settlement,

(4) appointing class counsel, and

(5) approving the form and manner of notice proposed to be sent to all members of the settlement classes.

Respectfully submitted,
**ALBERT C. CECCONE,**
*individually and on behalf of all others similarly situated*

_____/s/_____
Kristi C. Kelly, DC Bar No. 974872
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Tel:   (703) 424-7572
Fax:   (703) 591-0167
kkelly@kellyandcrandall.com

Matthew J. Erausquin, *(pro hac vice)*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7770
Fax:   (888) 892-3512
matt@clalegal.com

Leonard A. Bennett, *(pro hac vice)*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:   (757) 930-3662
lenbennett@clalegal.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Barry Goheen
John A. Love (*pro hac vice*)
Zachary McIntyre
Ian E. Smith (*pro hac vice*)
KING & SPALDING, LLP
1180 Peachtree St., NE
Atlanta, GA 30309-3521
Tel:    (404) 572-46100
Email: bgoheen@kslaw.com
Email: tlove@kslaw.com
Email: iesmith@kslaw.com

Brian Robert Meiners
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:    (202) 626-2910
Fax:   (202) 626-3737
Email: bmeiners@kslaw.com

*Counsel for the Defendant*

                                                             /s/
                                    Kristi C. Kelly, DC Bar No. 974872
                                    *Counsel for the Plaintiff*
                                    KELLY & CRANDALL, PLC
                                    4084 University Drive, Suite 202A
                                    Fairfax, VA 22030
                                    Tel:    (703) 424-7572
                                    Fax:   (703) 591-0167
                                    kkelly@kellyandcrandall.com