### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

**ALBERT C. CECCONE,**
*For himself and on behalf of all*
*Similarly situated individuals,*

      **Plaintiff,**

**v.**                                    **Civil Action No: 13-01314 (KBJ/JMF)**

**EQUIFAX INFORMATION SERVICES,**
**LLC.**

      **Defendant.**

### MOTION TO AMEND THE MOTION FOR PRELIMINARY APPROVAL
### OF CLASS ACTION SETTLEMENT

The Plaintiff Albert Ceccone and the Defendant Equifax Information Services, LLC, by counsel, hereby attach an amended Claim Forms and amended Notice of Class Action Settlement in accordance with the Motion Hearing on the parties' Motion for Preliminary Approval of Class Action Settlement (Dkt. 56). If approved, the amended Claim Forms and amended Notice of Class Action Settlement will be used in lieu of the versions previously submitted in the parties' Motion for Preliminary Approval of Class Action Settlement (Dkt. 56). For the reasons supplied in the Motion for Preliminary Approval and at the Motion Hearing on April 21, 2016, the parties respectfully request the Court to enter a Preliminary Approval Order, including approval of the amended forms attached hereto.

                                  Respectfully submitted,

                                  **ALBERT CECCONE,** *individually and on behalf*
                                  *of those similarly situated*

                                  /s/ *Kristi C. Kelly*_____
                                  Kristi C. Kelly, Esq. (DC Bar No. 974872)
                                  Kelly & Crandall, PLC
                                  4084 University Drive, Suite 202A

Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

Matthew J. Erausquin, *Pro Hac Vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770 – Telephone
(888) 892-3512 – Facsimile
Email: matt@clalegal.com
*Counsel for Plaintiff*

Leonard A. Bennett, *Pro Hac Vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

## <ins>CERTIFICATE OF SERVICE</ins>

I hereby certify that on the 26th day of April, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian R. Meiners (No. 482039)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-4707
202-737-0500 - Telephone
202-626-3737 - Facsimile
Email: bmeiners@kslaw.com

Barry Goheen, *Pro Hac Vice*
J. Anthony Love, *Pro Hac Vice*
Ian E. Smith, *Pro Hac Vice*
Zachary McIntyre, *Pro Hace Vice*
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3531
404-572-4600 - Telephone
404-572-5100 - Facsimile
Email:bgoheen@kslaw.com
Email:tlove@kslaw.com
Email:iesmith@kslaw.com
*Counsel for Defendant Equifax Information Services LLC*


_____*/s/ Kristi C. Kelly*_____
Kristi C. Kelly, Esq. (DC Bar No. 974872)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com