UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERT C. CECCONE, *on behalf of himself and all others similarly situated,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:13-cv-1314-KBJ-AK |
| EQUIFAX INFORMATION SERVICES, LLC, | : : : | |
| Defendant. | : : | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEY'S FEES, EXPENSES, AND CLASS <u>REPRESENTATIVE SERVICE AWARD</u>**

The Parties respectfully move for final approval of the Class Settlement reached in this case for the reasons set forth in the accompanying memorandum of law.

                                                                                                    Respectfully submitted,
                                                                                                    **ALBERT CECCONE,** *on behalf of himself and all others similarly situated,*

                                                                    By: ___*/s/ Kristi C. Kelly*_____

Kristi C. Kelly, Esq. (DC Bar No. 974872)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Tel:    703-424-7572
Fax:    703-591-0167
Email: kkelly@kellyandcrandall.com

Matthew J. Erausquin, *pro hac vice*
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, Virginia 22314
Tel:    703-273-7770
Fax:    888-892-3512
Email: matt@clalegal.com

Leonard A. Bennett, *pro hac vice*
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
Tel:    757-930-3660
Fax:   757-257-3450
Email: lenbennett@clalegal.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Barry Goheen
Zachary McIntyre
John A. Love, *pro hac vice*
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel:     404-572-4600
Fax:    404-572-5100
Email: bgoheen@kslaw.com
Email: tlove@kslaw.com

Brian R. Meiners
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:     202-737-0500
Fax:    202-626-3737
Email: bmeiners@kslaw.com

*Counsel for Equifax Information Services, LLC*

      /s/ Kristi C. Kelly _____
Kristi C. Kelly, Esq. (DC Bar No. 974872)
*Counsel for the Plaintiff*
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Telephone:     703-424-7572
Facsimile:      703-591-0167
Email: kkelly@kellyandcrandall.com